IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL HERR,  )
               Plaintiff,  )  2:11-cv-00677-GEB-EFB
                        )
     v.  )  ORDER TO SHOW CAUSE AND
                        )  CONTINUING FINAL PRETRIAL
BANK OF STOCKTON,  )  CONFERENCE
                        )
             Defendant[*].  )
_____ )

        The June 17, 2012 Status (Pretrial Scheduling) Order scheduled a final pretrial conference in this case for July 23, 2012. The Status Order required the parties to file a joint final pretrial statement "not later than seven (7) days prior to the final pretrial conference." (ECF No. 17.) No final pretrial statement was filed as required.

        Further, despite Plaintiff's representations in the Joint Status Report filed on June 13, 2011, that "Plaintiff has reached a settlement with Defendant[] Bank of Stockton, . . . [c]losing documents are currently being executed[,] . . . and [a] Joint Stipulation for Dismissal . . . will be filed[,]" no dispositional document was ever filed as to this defendant. A review of the docket also reveals that Defendant Bank of Stockton has never appeared in this action. See Joint Status Report 5:12-17.

---

[*] The caption has been amended according to Plaintiff's dismissal of Defendants Trans Union, LLC; Equifax Information Services, LLC; and Experian Information Solutions, Inc. See ECF Nos. 18, 20, 21.

1

Therefore, Plaintiff is Ordered to Show Cause ("OSC") in a writing to be filed no later than July 23, 2012, why:

1) sanctions should not be imposed against him and/or his counsel under Rule 16(f) of the Federal Rules of Civil Procedure for failure to file a timely final pretrial statement; and

2) this action should not be dismissed for failure of prosecution.

The written response shall also state whether Plaintiff or his counsel is at fault for the failure to file a timely final pretrial statement, and whether a hearing is requested on the OSC. If a hearing is requested, it will be held on August 6, 2012, at 1:30 p.m., just prior to the final pretrial conference, which is rescheduled to that date and time. A final pretrial statement shall be filed no later than seven (7) days prior to the final pretrial conference.

Plaintiff is notified that this action may be dismissed with prejudice under Federal Rule of Civil Procedure 41(b) if Plaintiff fails to timely respond to this Order.

IT IS SO ORDERED.

Dated:  July 17, 2012

GARLAND E. BURRELL, JR.
Senior United States District Judge